**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000462
08-MAY-2025
07:48 AM
Dkt. 20 ODSD**

NO. CAAP-24-0000462


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


EMMA JANE AVILA POHLMAN, Plaintiff-Appellant, v.
CLAYTON TREVOR FABECK, Defendant-Appellee


APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 3CCV-23-0000296)


ORDER DISMISSING APPEAL
(By: Leonard, Acting Chief Judge, Hiraoka and McCullen, JJ.)

Upon review of the record, it appears that:

(1) On June 19, 2024, Plaintiff-Appellant Emma Jane Avila Pohlman (**Pohlman**) filed the notice of appeal, self-represented;

(2) The statement of jurisdiction and opening brief were due on or before August 15, 2024, and September 24, 2024, respectively;

(3) Pohlman failed to file either document, or request an extension of time;

(4) On September 27, 2024, the appellate clerk entered a default notice informing Pohlman that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on October 7, 2024, for appropriate action, which could include dismissal of the appeal, under Hawai'i Rules of Appellate Procedure Rules 12.1(e) and 30, and Pohlman could request relief from default by motion; and

(5) Pohlman has not taken any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawai'i, May 8, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge